IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEBRASKA

**KIMBERLEY WEAR**
Plaintiff/Petitioner

vs.

**DOHMAN, AKERLUND & EDDY, LLC**
Defendant/Respondent

Cause No.:   **4:24-CV-03186**
Hearing Date:

DECLARATION OF SERVICE OF:
**SUMMONS; COMPLAINT**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein. Documents came to hand on the __8TH__ day of __NOV.__, 20 __24__ at __1000__ o'clock __A__M.

On the date and time of __NOVEMBER 12, 2024 @ 3:05 PM__ at the address of **1117 12th St, Aurora, Hamilton County, NE 68818**, the undersigned served the above described documents upon: **Dohman Akerlund & Eddy c/o Thomas L. Stevenson**

[X] **Corporate Service**
by then and there personally delivering __X__ true and correct copy(ies) thereof, by then presenting to and leaving the same with

__THOMAS L. STEVENSON, REGISTERED AGENT__
Name and Title of Person Receiving Documents

__WHITE MALE 6' 190  BROWN HAIR BLUE EYES__
Physical description

**COMMENTS**

DATED this __13TH__ day of __NOV.__ 20 __24__.

__CONNOR D. PETERS/9282   NEBRASKA/HAMILTON__
Process Server Name      Reg. State, County and ID#      Signature

**ORIGINAL PROOF OF SERVICE**

ABC Legal Services, LLC
1099 Stewart St Suite 700
Seattle, WA 98101

Page 1 of 1

Ref #: Kimberly Wear v. Dohman Akerlund...
Tracking #: 0147431722



IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEBRASKA

**KIMBERLEY WEAR**

Plaintiff/Petitioner

vs.

**DOHMAN, AKERLUND & EDDY, LLC**

Defendant/Respondent

Cause No.: **4:24-CV-03186**

Hearing Date:

DECLARATION OF NON-SERVICE OF:
**SUMMONS; COMPLAINT**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Documents came to hand on the _____ day of _____, 20___ at _____ o'clock __M.

On the date and time of _____ at the address of **1117 12th St, Aurora, Hamilton County, NE 68818**, the undersigned attempted to serve the above described documents upon: **Dohman Akerlund & Eddy c/o Thomas L. Stevenson**

The undersigned diligently searched the local area described as:

_____
*Cities and/or Counties Searched*
for defendant and was unable to find defendant for process service at this time. The following attempts and resources used for this search are described below:

| Date | Time | Address | Remarks |
|------|------|---------|---------|
|      |      |         |         |
|      |      |         |         |
|      |      |         |         |
|      |      |         |         |
|      |      |         |         |

**COMMENTS**

_____
_____

DATED this _____ day of _____ 20 _____.

_____
*Process Server Name*     *Reg. State, County and ID#*     *Signature*

**ORIGINAL PROOF OF NON SERVICE**



ABC Legal Services, LLC
1099 Stewart St Suite 700
Seattle, WA 98101

Page 1 of 1

Ref #: Kimberly Wear v. Dohman Akerlund...
Tracking #: 0147431730

