**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**
**HAMILTON DIVISION**

| | |
|---|---|
| KIMBERLY WEAR, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>DOHMAN, AKERLUND & EDDY L.L.C., a Nebraska Corporation,<br><br>Defendant. | Case No.: 4:24-cv-03186-SMB-RCC<br><br>**CLASS ACTION COMPLAINT**<br><br>DEMAND FOR JURY TRIAL |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Kimberly Wear, individually and on behalf of all others similarly situated ("Plaintiff") hereby voluntarily dismisses Defendant Dohman, Akerlund & Eddy LLC ("Defendant") without prejudice.

Date: January 09, 2025,

Respectfully submitted,

*/s/Leigh S. Montgomery*

Leigh S. Montgomery *(pro hac vice)*
**EKSM, LLP**
Texas Bar No. 24052214
lmontgomery@eksm.com
4200 Montrose Blvd Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on January 09, 2025, a copy of the foregoing document was filed and served on all parties in accordance with the protocols for e-filing in the Federal Rules of Civil Procedure.

*/s/Leigh S. Montgomery*
Leigh S. Montgomery