# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA
## HAMILTON DIVISION

| | |
|---|---|
| KIMBERLY WEAR, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>DOHMAN, AKERLUND & EDDY L.L.C., a Nebraska Corporation,<br><br>Defendant. | Case No.: 4:24-cv-03186-SMB-RCC<br><br>**CLASS ACTION COMPLAINT**<br><br>DEMAND FOR JURY TRIAL |

## [proposed] ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On this day, the Court considered Plaintiff Kimberly Wear, individually and on behalf of all others similarly situated; Voluntary Dismissal of her claims against Defendant Dohman, Akerlund & Eddy LLC without prejudice.

IT IS HEREBY ORDERED that Plaintiff Kimberly Wear, individually and on behalf of all others similarly situated; Voluntary Dismissal Without Prejudice of Defendant Dohman, Akerlund & Eddy LLC is GRANTED, and this matter is now closed.

Signed this _____ day of _____ 2025.


_____
United States District Judge

1